UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BERNARD VON NOTHAUS, individually and d/b/a LIBERTY DOLLAR, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Cause No. 3:07-cv-038-RLY-WGH |
| HENRY M. PAULSON, JR, Secretary of the Treasury, EDMOND C. MOY, Director, United States Mint, ) ) ) ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

The Defendants, Henry M. Paulson, Jr., Secretary of the Treasury, and Edmond C. Moy, Director, United States Mint (jointly "the United States"),[1] by counsel, Debra G. Richards, Assistant United States Attorney, respectfully request that the Court dismiss the Plaintiff's First Amended Complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 56. In support of this Motion, the United States files its Brief in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, or in the Alternative, for Summary Judgment contemporaneously herewith.

---

[1] In his Amended Complaint, the Plaintiff has dropped any claims against the Attorney General of the United States of America; thus the Attorney General is no longer a party to this action. (*See* Amended Complaint ¶¶ 2, 3.) The Defendants specifically reserve the right to file additional dispositive motions as appropriate.

WHEREFORE, the United States respectfully requests that this Court dismiss the Plaintiff's First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 56 and for all such other relief as is just and proper herein.

    Respectfully submitted,

    TIMOTHY M. MORRISON
    Acting United States Attorney


By:   */s Debra G. Richards*
    Debra G. Richards
    Assistant United States Attorney

## CERTIFICATE OF SERVICE

  I hereby certify that on November 7, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

James E. Burk
BURK & REEDY, LLP
jburk@burkreedy.com

James D. Johnson
Rudolph, Fine, Porter & Johnson, LLP
jdj@rfpj.com

                  _s/ Debra G. Richards_
                  Debra G. Richards
                  Assistant United States Attorney

Office of the U.S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
317-226-6333