UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BERNAR VON NOTHAUS individually and d/b/a LIBERTY DOLLAR, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CAUSE NO. 3:07-CV-038-RLY-WGH |
| HENRY M. PAULSON, JR., Secretary of the Treasury, | ) ) ) |
| EDMOND C. MOY, Director United States Mint, | ) ) ) ) |
| Defendants. | ) |

## DECLARATION OF RENÉ E. SMERAGLIA

I, RENÉ E. SMERAGLIA, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1764. I am aware that this Declaration is the legal equivalent of a statement under oath and that it will be filed with the United States District Court, Southern District of Indiana, in the above-referenced matter.

1. My name is René E. Smeraglia, and I am currently employed by the United States Mint as the Assistant Director for Information Security, and I am currently the Acting Chief Information Officer. As Acting Chief Information Officer, I am responsible for making sure that the United States Mint complies with the Information Quality Act.

2. Pursuant to the requirements of the Information Quality Act, the United States Mint established an administrative mechanism to facilitate public review and allow affected persons to seek and obtain correction of information maintained and disseminated by the agency. This

administrative petition and review mechanism is published on the United States Mint website at http://usmint.gov/about_the_mint/infoQual.

3. Persons or entities seeking review and correction of information maintained and disseminated by the United States Mint may submit a written request by letter or email to Product Assurance Division Chief, Information Quality. The request should include the person's name, organization (if any), and mailing address or email address. The request should also include a description of the information believed to be in error and where the information was found (including the web page if applicable). The requestor is asked to indicate why the information should be corrected and, if possible, what corrective action the requestor believes should be taken.

4. Based on a review of the information provided, the United States Mint will determine whether a correction is warranted and if so, the corrective action to take. Any corrective action will be determined by the nature and timeliness of the information involved, the significance of the correction, the use of the information, and the scope of the correction. The United States Mint will respond to the requestor in the same form of his/her request, and will endeavor to respond within seven working days. If the United States Mint cannot complete its review of the request within seven working days, it will inform the requestor that it requires more time and will provide the requestor with an estimated decision date. The decision will explain the findings of the review and what actions the United States Mint will take, if any, in response to the request.

5. If the United States Mint denies the request for correction, the requestor can appeal the decision within 30 calendar days of receiving notification of the denial. The United States Mint will acknowledge receipt of the request for reconsideration within seven working days of receipt.

The United States Mint will respond to the request for reconsideration within 45 days. The United States Mint's response will include the decision and, if applicable, how the decision will be implemented and a time frame for implementation.

6. Based upon a review of the United States Mint's information quality request records from 2006 to November 6, 2007, neither Bernard von Nothaus nor Bernard von Nothaus d/b/a Liberty Dollar has submitted a request for correction by mail or by email.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
RENÉ E. SMERAGLIA
Acting Chief Information Officer
United States Mint

_Nov. 6, 2007_____
Date