IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| **BERNARD VON NOTHAUS** individually and d/b/a **LIBERTY DOLLAR**<br><br>    Plaintiff,<br><br>v.<br><br>**HENRY M. PAULSON, JR,**<br>Secretary of the Treasury,<br><br>**ALBERTO R. GONZALES,** Attorney General of the United States,<br><br>**EDMOND C. MOY,** Director, United States Mint,<br><br>    Defendants. | CASE NO.:<br>3:07-CV-038-RLY/WGH |

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Come now the parties, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and stipulate and agree and represent to the Court that this case should be dismissed without prejudice, and that each party shall bear its own attorney's fees and costs.

And the court being duly advised in the premises, now GRANTS the same.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that this case is hereby Dismissed without Prejudice, and that each party shall bear its own attorney's fees and costs.

Dated this <u>10th</u> day of January, 2008.

_____
Judge, United States District Court
Southern District of Indiana, Evansville Division

APPROVED BY:

_s/ James D. Johnson, Esq._
James D. Johnson, Esq.
Attorney Number 11984-49
**RUDOLPH, FINE, PORTER & JOHNSON, L.L.P.**
221 N. W. Fifth Street, Second Floor, P. O. Box 1507
Evansville, Indiana 47708
Telephone:   (812) 422-9444
Facsimile:   (812) 421-7459
E-Mail:   jdj@rfpj.com
Attorneys for Plaintiff.


TIMOTHY M. MORRISON
Acting United States Attorney


By:  _s/ Debra G. Richards_
Debra G. Richards
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, Indiana  46204
Telephone:     (317) 226-6333
Facsimile:      (317) 226-5027
Email:           debra.richards@usdoj.gov
Attorneys for Defendants.